UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: FORD MOTOR CO. F-150
AND RANGER TRUCK FUEL                    Case No. 2:19-md-02901
ECONOMY MARKETING AND
SALES PRACTICES LITIGATION               Sean F. Cox
                                         United States District Court Judge

_____/

## JUDGMENT

For the reasons set forth in an Opinion and Order issued this date, IT IS HEREBY

ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims in the First Amended

Consolidated Master Class Action Complaint are DISMISSED.

This is a final order as it disposes of all claims asserted in the consolidated actions before

this Court.  The Clerk of the Court is directed to enter judgment in, and close, this case and all

remaining member cases in this MDL (Case No. 19-11319, Case No. 19-11639, Case No. 19-

11728, Case No. 19- 11993, Case No. 19-12015, Case No. 19-12035, Case No. 19-12080, Case

No. 19-12135, Case No. 19-12309, Case No. 19-12310, Case No. 19-12373, Case No. 19-12375,

Case No. 19-12377, Case No. 19-12427, Case No. 19-12436, Case No. 19-12437, Case No. 19-

12438, Case No. 19-12554, Case No. 19-12895, Case No. 19-13197, and Case No. 20-12272).

IT IS SO ORDERED.

                                         s/Sean F. Cox_____
                                         Sean F. Cox
                                         United States District Judge

Dated:  February 23, 2022